# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BAX, et al., | 1:17-cv-01348-DAD-SAB |
| Plaintiffs, | ORDER RE JOINT STIPULATION TO AMEND SCHEDULING ORDER |
| v. | (ECF No. 18) |
| DOCTORS MEDICAL CENTER OF MODESTO, INC., et al., | |
| Defendants. | |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the December 19, 2017 scheduling order is amended as follows:

1. The Fact Discovery Cut-Off :                     November 5, 2018;
2. The Expert Disclosure Deadline:                  October 31, 2018;
3. The expert supplemental disclosure deadline:     November 28, 2018;
4. The Expert Discovery Cut-Off:                    December 3, 2018;
5. The December 19, 2017 scheduling order remains in effect in all other aspects.

IT IS SO ORDERED.

Dated: **September 13, 2018**

UNITED STATES MAGISTRATE JUDGE

-1-